*E-FILED - 10/15/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMILIANO ZAPATA LOYOLA, | ) | No. C 07-4095 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| MENTAL HEALTH SERVICES AND TREATMENT CONDITIONS SALINAS VALLEY STATE PRISON EOP PROGRAM, | ) | |
| Defendant. | ) | |

Plaintiff, proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 on August 9, 2007. On May 7, 2008, the court dismissed the complaint but granted plaintiff thirty days to amend the complaint to state a cognizable claim. The court notified plaintiff that failure to amend by the designated time would result in a dismissal of the case. To date, no amendment has been received.

Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). See Link v. Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991). The Clerk shall close the file and enter judgment in this matter.

///

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.07\Loyola095noamend.wpd     1

1 | IT IS SO ORDERED.
2 | DATED: 10/10/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.07\Loyola095noamend.wpd     2