*E-FILED - 10/15/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMILIANO ZAPATA LOYOLA, | ) | No. C 07-4095 RMW (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MENTAL HEALTH SERVICES AND | ) | |
| TREATMENT CONDITIONS SALINAS | ) | |
| VALLEY STATE PRISON EOP | ) | |
| PROGRAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

An order of judgment is hereby entered DISMISSING this civil rights action without prejudice for failure to prosecute and to comply with the court's order.

IT IS SO ORDERED.

DATED: ___10/10/08___

_Ronald M. Whyte_
_____
RONALD M. WHYTE
United States District Judge